United States District Court
Southern District of Texas
**ENTERED**
January 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCS Corporation, Ltd., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-76 |
| | § | |
| Tullow Guinea, Ltd., et al, | § | |
|     Defendants. | § | |

## O R D E R

In accordance with the Notice of Dismissal filed on January 28, 2016 (docket entry no. 19), this action is dismissed without prejudice.

**SIGNED** at Houston, Texas, on this 28th day of January, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE